IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| on behalf of plaintiff and a class, | ) | |
| | ) | |
| Plaintiff, | ) | 15-cv-2233 |
| | ) | |
| vs. | ) | Honorable Judge Bucklo |
| | ) | Magistrate Judge Kim |
| THE KELLY GROUP, INC., | ) | |
| doing business as KELLY PRODUCTS, | ) | |
| | ) | |
| Defendant. | ) | |

**FED.R.CIV.P. 41(a)(1)**
**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Scott Dolemba ("Plaintiff") hereby dismisses his individual claims against Defendant, The Kelly Group, Inc., doing business as Kelly Products ("Defendant"), without prejudice, with each party bearing its own costs. Plaintiff's class claims against Defendant are dismissed without prejudice and without costs. This stipulation of dismissal disposes of the entire action.

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, certify that on July 7, 2015, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served as indicated on the following parties:

*Via U.S. Mail*:

 The Kelly Group, Inc. d/b/a Kelly Products
 C/O Registered Agent: Kathryn Kelly
 6220 Lullaby Pine Court
 Las Vegas, Nevada 89130

*Via U.S. Mail and Email*:

Elizabeth B. Kim
Joshua Briones
Blank Rome, LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
EKim@BlankRome.com
JBriones@BlankRome.com

            /s/ Dulijaza Clark
            Dulijaza (Julie) Clark


Daniel A. Edelman
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)